# Court of Appeals
# of the State of Georgia

ATLANTA,__November 19, 2014__

*The Court of Appeals hereby passes the following order:*

**A15A0208. THOMAS F. JERNIGAN v. THE STATE.**

Thomas F. Jernigan was sentenced to 24 months probation, after pleading guilty to violating the Georgia Controlled Substances Act. When Jernigan failed to report to his probation officer, the State filed a petition to revoke probation. The same day, the trial court revoked Jernigan's probation and entered an order noting that probation had been tolled and providing a new discharge date. Jernigan filed a pro se notice of appeal. We, however, lack jurisdiction.

Because the underlying subject matter of the appeal is the revocation of Jernigan's probation, he was required to file an application for discretionary appeal in order to appeal. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). We lack jurisdiction over this direct appeal, which is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____11/19/2014_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*